# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| The United States of America, *ex rel.* Ashley C. Baggett, DPT, <br><br> Plaintiffs, <br><br> v. <br><br> Vital Energy Occupational Therapy and Wellness Center, LLC, D/B/A Vital Energy Wellness and Rehab Center, <br><br> Defendant. | CA No.: 3:16-cv-01692-DCC |

## ORDER OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States and Relator Ashley C. Baggett, filed a Notice of Dismissal in this civil action. Upon due consideration of the Notice, the United States' Notice of Intervention, and the other matters of record in this action,

**IT IS HEREBY ORDERED** that:

   a. The claims against Defendant by the Relator are dismissed with prejudice;

   b. The claims against Defendant described as Covered Conduct, pursuant to and consistent with the terms and conditions of the settlement agreement are dismissed with prejudice as to the United States; and

   c. The Relator's Complaint and related filings (ECF No. 1), the United States' Notice of Election to Intervene (ECF No. 20), the Notice of Dismissal (ECF No. 21), and this Order be unsealed;

**IT IS SO ORDERED**.

This 26th day, November 2018

                                              s/Donald C. Coggins, Jr.
                                              Donald C. Coggins, Jr.
                                              United States District Judge